UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE C. MAGAÑA, LAURA P. PIÑA, RUTH A. ABLAO, CARMEN M. GRIEGO,<br><br>Plaintiffs,<br><br>v.<br><br>RALPH'S GROCERY COMPANY and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.  09 CV 2756 JM (AJB)<br><br>**ORDER OF DISMISSAL** |

BASED ON THE JOINT MOTION OF Plaintiff Carmen M. Griego and Defendant Ralph's Grocery Company, it is hereby ordered that the action of Carmen M. Griego is dismissed, with prejudice.

This Order has no impact on the remaining named plaintiffs in this litigation.

IT IS SO ORDERED.

Dated: May 5, 2010

_____
UNITED STATES DISTRICT JUDGE

Firmwide:95185217.1 040216.2100                                   Case No.  09 CV 2756 JM (AJB)

ORDER

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441