UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE C. MAGAÑA, LAURA P. PIÑA, RUTH A. ABLAO, CARMEN M. GRIEGO,<br><br>Plaintiffs,<br><br>v.<br><br>RALPHS GROCERY COMPANY and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 09 CV 2756 JM (AJB)<br><br>**ORDER OF DISMISSAL** |

BASED ON THE JOINT MOTION OF Plaintiff Ruth A. Ablao and Defendant Ralphs Grocery Company, it is hereby ordered that the action of Ruth A. Ablao is dismissed, with prejudice.

This Order has no impact on the remaining named plaintiffs in this litigation.

IT IS SO ORDERED.

Dated: May 11, 2010

_____
UNITED STATES DISTRICT COURT